THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
RAYMOND J. HIRSH, Appellant.

Submitted October 11, 1948; decided October 21, 1948.

*Raymond J. Hirsh,* in person, for motion.

*Frank S. Hogan, District Attorney* (*Whitman Knapp* of counsel), opposed.

Motion for leave to appeal, to prosecute appeal as a poor person, and to have appeal heard on original record and handwritten briefs dismissed upon the ground that no appeal lies to the Court of Appeals from the order sought to be reviewed.